No. 87–1558.    OHIO *v.* MURPHY.    Ct. App. Ohio, Summit County.    Motion of respondent for leave to proceed *in forma pauperis* granted.    Certiorari denied.